# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-21-00679-CV

**Greg Abbott, in his Official Capacity as Governor of the State of Texas, and John Scott, in his Official Capacity as Secretary of State of Texas, Appellants**

**v.**

**Mexican American Legislative Caucus, Roland Gutierrez, Sarah Eckhardt, Ruben Cortez, and The Tejano Democrats, Appellees**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-006515, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 27, 2021, we received a notice of appeal from trial court cause number D-1-GN-21-0006515 and filed it under our cause number 03-21-00679-CV.  The notice of appeal, however, states that the matter was meant to be a direct interlocutory appeal from a special three-judge district court convened pursuant to section 22A.001 of the government code, *see* Tex. Gov't Code § 22A.001(a)(2), and such appeals are filed in the Texas Supreme Court, not this Court, *id*. § 22A.006(a).  On March 29, 2022, we sent appellants a notice explaining that this appeal appeared to have been filed in this Court erroneously and asking for a response no later than April 8, 2022, either seeking to dismiss or explaining how we might exercise jurisdiction over the case.  To date, no response has been filed.  We therefore dismiss this appeal for want of prosecution and for failure to respond to our notice.  *See* Tex. R. App. P. 42.3(b), (c).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Prosecution

Filed:   April 14, 2022